No. 93–7485. McCullough v. Williams et al. C. A. 5th Cir. Certiorari denied.

No. 93–7493. Sharkey v. Department of Transportation. C. A. Fed. Cir. Certiorari denied.

No. 93–7515. Harris v. United States; and
No. 93–7525. Thurmond v. United States. C. A. 10th Cir. Certiorari denied.

No. 93–7518. Green v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 93–7522. LeBeau v. Louisiana. Ct. App. La., 4th Cir. Certiorari denied.

No. 93–7523. Smith v. United States. Ct. App. D. C. Certiorari denied.

No. 93–7530. Omoike v. Louisiana State University. C. A. 5th Cir. Certiorari denied.

No. 93–7531. Bartel v. Garrett. C. A. 4th Cir. Certiorari denied.

No. 93–7533. Aziz v. Groose, Superintendent, Jefferson City Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 93–7539. Cooper v. Gilpin et al. C. A. 8th Cir. Certiorari denied.

No. 93–7540. Black v. Mann. C. A. 2d Cir. Certiorari denied.

No. 93–7542. Yeggy v. City of Iowa City, Iowa, et al. Sup. Ct. Iowa. Certiorari denied.

No. 93–7544. Townes v. Murray, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 93–7551. Cotton v. Kansas. C. A. 10th Cir. Certiorari denied.